IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>) |
| v. | ) Case No. 3:08-CR-122<br>) VARLAN / SHIRLEY |
| JEFFREY LEE MARTIN | )<br>)<br>) |

## AGREED ORDER REVOKING SUPERVISED RELEASE

It appearing to the Court that a Petition for Revocation of Supervised Release has been filed against the defendant, Jeffrey Lee Martin, and that the defendant admits that he has violated the conditions of his supervised release, the Court hereby finds from the record as a whole that Jeffrey Lee Martin has violated the conditions of his supervised release, that he has waived his right to a hearing pursuant to Rule 32.01 of the Rules of Criminal Procedure, that he has waived his right to allocute at a revocation hearing, that the agreement of the defendant and the government pursuant to Rule 11 of the Federal Rules of Criminal Procedure is proper in that Mr. Martin's supervised release should be revoked and that he should be sentenced to a sentence of imprisonment of eighteen (18) months. This term of imprisonment will conclude Mr. Martin's supervision by the Court.

IT IS, THEREFORE, ORDERED that Jeffrey Lee Martin's supervised release is revoked and that he is sentenced to eighteen (18) months in prison with no further supervision.

Entered this 30th day of April, 2009

_____
THE HONORABLE THOMAS A. VARLAN
United States District Court Judge

APPROVED FOR ENTRY:

_____
TRACEE J. PLOWELL
Assistant United States Attorney

_____
DAVID M. ELDRIDGE
ELDRIDGE & BLAKNEY, P.C.
400 W. Church Avenue, Suite 101
Knoxville, TN 37902
865-544-2010
deldridge@eblaw.us
*Counsel for Jeffrey Lee Martin*

_____
JEFFREY LEE MARTIN
Defendant

_____
C.W. Covert
U.S. Probation Officer