Prob 19
EDTN78 (6/2000)



# United States District Court
## for the
### EASTERN DISTRICT OF TENNESSEE

U.S.A. vs Jeffrey Lee Matin                     Docket No.  3:03-CR-122-001

TO: [1]**Any United States Marshal or any other authorized officer.**

### WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE

You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the court.

| NAME OF SUBJECT | SEX | RACE | AGE |
|---|---|---|---|
| Jeffrey Lee Martin | Male | White Non Hispanic | 41 |

ADDRESS (STREET, CITY, STATE)
139 Gamble Road
Madisonville, TN 37354

SENTENCE IMPOSED BY (NAME OF COURT)
Eastern District of Tennessee - Knoxville

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Patricia L. McNutt | [signature] | 3/27/09 |

### RETURN

| Warrant received and executed | DATE RECEIVED 30 MAR 09 | DATE EXECUTED 9 APR 09 |
|---|---|---|

EXECUTING AGENCY (NAME AND ADDRESS)
U.S. MARSHALS SERVICE, E/TN, 800 MARKET ST, SUITE 320, KNOXVILLE, TN 37902

| NAME BRADLEY S. REDMOND DEPUTY U.S. MARSHAL | (BY) [signature] DUSM/CI | DATE 9 APR 09 |
|---|---|---|

FILED 2009 MAY -7 A 11: 56 U.S. DISTRICT COURT EASTERN DIST. TENN. CLERK

---

[1] Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for the EASTERN DISTRICT OF TENNESSEE;" or "any United States Marshal; or "Any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

FIO-166181                                                   0974-0330-0904-D